May CHEN, Petitioner–Appellant,

v.

PRINCE GEORGE'S COUNTY; Springfield Hospital Center, Respondent–Appellee.

No. 13–7912.

United States Court of Appeals, Fourth Circuit.

Submitted: March 25, 2014.

Decided: March 28, 2014.

May Chen, Appellant Pro Se. Erin Nicole McCoy, Prince George's County Office of Law, Upper Marlboro, Maryland; Kathleen A. Ellis, Office of the Attorney General of Maryland, Baltimore, Maryland, for Appellees.

Before GREGORY, KEENAN, and WYNN, Circuit Judges.

Dismissed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

May Chen seeks to appeal the district court's order dismissing without prejudice the motions she filed while the case was stayed. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (2012), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (2012); Fed.R.Civ.P. 54(b); *Cohen v. Beneficial Indus. Loan Corp.,* 337 U.S. 541, 545–46, 69 S.Ct. 1221, 93 L.Ed. 1528 (1949). The order Chen seeks to appeal is neither a final order nor an appealable interlocutory or collateral order. Accordingly, we dismiss the appeal for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED.*